**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HARLEY LYNCH,
Individually and on behalf of a class,

                    Plaintiff,

        - against –

CONTINENTAL SERVICE GROUP, INC.,

                    Defendant.
-----------------------------------------------------------X

Case No.   17-cv-00511-ARR-RER

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff, Harley Lynch, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1.  A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the Plaintiff will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and will therein request that the case be dismissed and closed.

2.  The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences, if any, and extend Defendant's time to Answer or otherwise appear in the case to April 10, 2017.

3.  We respectfully request the Court provide that the parties may seek to reopen

the matter for forty-five (45) days to assure that the Agreement is executed and that the

settlement funds have cleared.


Dated: Brooklyn, New York
February 23, 2017

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: _____
Dan Shaked (DS-3331)
44 Court St., Suite 1217
Brooklyn, NY 11201
Tel. (917) 373-9128
Fax (718) 704-7555
e-mail: ShakedLawGroup@Gmail.com