UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HARLEY LYNCH, Individually and on behalf of a class,

                                        Case No. 17-cv-511-ARR-RER

                    Plaintiff,

- against -

CONTINENTAL SERVICE GROUP, INC.,

                    Defendants.
----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

      HARLEY LYNCH, by her attorneys, SHAKED LAW GROUP, P.C., and pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of the above-referenced matter against CONTINENTAL SERVICE GROUP, INC. No Answer has been filed in this case.

Dated: Brooklyn, New York
       March 23, 2017

                                        SHAKED LAW GROUP, P.C.
                                        Attorneys for Plaintiff
                                        By _____
                                          Dan Shaked (DS-3331)
                                          44 Court St., Suite 1217
                                          Brooklyn, NY 11201
                                          Tel. (917) 373-9128
                                          Fax (718) 504-7555
                                          e-mail: ShakedLawGroup@gmail.com